UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RHONE, WILLIAM M. | ) | CASE NO.: 07-23475 |
| RHONE, TINA M. | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| | ) | |
| Debtor(s) | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now Daniel L. Freeland and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtor(s).

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amounts set out therein.

3. That the following distribution payment checks were mailed to the payees as follows:

   a. Check No: 10110 in the amount of $25.62, made payable to Community Healthcare System, PO Box 3601, Munster, IN 46321;

   b. Check No: 10112 in the amount of $50.90, made payable to Douglas, Moyer & Irk, P.C., 55 S. Jackson St., Frankfort, IN 46041;

   c. Check No: 10113 in the amount of $38.11, made payable to GC Services, 6330 Gulfton, Houston, TX 77081;

   d. Check No: 10116 in the amount of $1,340.45, made payable to St. Catherine Hospital, PO Box 3601, Munster, IN 46321.

4. That said checks have never been presented for payment and are therefore stale, and pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 10117 in the total amount of $1,455.08 payable to the Clerk, U.S. Bankruptcy Court.

Dated: November 1, 2010

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee
9105 Indianapolis Boulevard
Highland, IN 46322
Telephone: (219) 922-0800

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 1, 2010, service of a true and complete copy of the above document was served by:

Electronic Notice on: United States Trustee

and by regular first class mail upon:
Community Healthcare System, PO Box 3601, Munster, IN 46321
Douglas, Moyer & Irk, P.C., 55 S. Jackson St., Frankfort, IN 46041
GC Services, 6330 Gulfton, Houston, TX 77081
St. Catherine Hospital, PO Box 3601, Munster, IN 46321


                                        /s/ Daniel L. Freeland
                                        Daniel L. Freeland, Trustee